UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **SAMUEL CULOTTA #199539** | **CIVIL ACTION NO. 22-cv-897 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BLAKE HINES** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 36] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Blake Hines' Motion for Summary Judgment [Doc. No. 28] is **DENIED.**

**MONROE, LOUISIANA**, this the 28th day of August 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE